B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California - Riverside | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**RCI Redbird, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA RCI Hospitality 325, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**03-0467967** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**One BetterWorld Circle, Suite 300**<br>**Temecula, CA**<br>ZIP Code **92590** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Riverside** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **5050 Investment Drive**<br>**4545-4585 Mint Way**<br>**4647-4687 Mint Way**<br>**Dallas, TX 75236** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | RCI Redbird, LLC |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: RCI Regional Grove, LLC | Case Number: 6:11-bk-22055-SC | Date Filed: 4/12/11 |
| --- | --- | --- |
| District: Central District of California | Relationship: Affiliate | Judge: Hon. Scott Clarkson |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**RCI Redbird, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Ron Bender**
Signature of Attorney for Debtor(s)

**Ron Bender 143364**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Address

**(310) 229-1234**
Telephone Number

**June 5, 2011            143364**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Paul Garrett**
Signature of Authorized Individual

**Paul Garrett**
Printed Name of Authorized Individual

**Pres. of Redhawk Communities, Inc. (Debtor's sole member)**
Title of Authorized Individual

**June 5, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California - Riverside

In re  **RCI Redbird, LLC**                                                              Case No.
                               Debtor(s)                                                  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Cardinal Roofing, Inc.**<br>**2501 114th Street**<br>**Grand Prairie, TX 75050** | **Cardinal Roofing, Inc.**<br>**2501 114th Street**<br>**Grand Prairie, TX 75050** | **Services** | | **5,109.40** |
| **World Vision, Inc.**<br>**2875 Michelle Drive**<br>**Suite 100**<br>**Irvine, CA 92606** | **World Vision, Inc.**<br>**2875 Michelle Drive**<br>**Suite 100**<br>**Irvine, CA 92606** | **Services** | | **3,603.30** |
| **TFA Texas Fire Alarm, Inc.**<br>**P.O. Box 148**<br>**Wills Point, TX 75169** | **TFA Texas Fire Alarm, Inc.**<br>**P.O. Box 148**<br>**Wills Point, TX 75169** | **Services** | | **1,588.37** |
| **Lincoln Commercial Dev., Inc.**<br>**2000 McKinney Avenue**<br>**#1000**<br>**Dallas, TX 75201** | **Lincoln Commercial Dev., Inc.**<br>**2000 McKinney Avenue**<br>**#1000**<br>**Dallas, TX 75201** | **Services** | | **1,028.38** |
| **City of Dallas**<br>**City Hall, 1AN**<br>**Dallas, TX 75277** | **City of Dallas**<br>**City Hall, 1AN**<br>**Dallas, TX 75277** | **Utility Services** | | **795.30** |
| **The Gordon Highlander Corp.**<br>**10920 Switzer Avenue**<br>**Suite 100**<br>**Dallas, TX 75238** | **The Gordon Highlander Corp.**<br>**10920 Switzer Avenue**<br>**Suite 100**<br>**Dallas, TX 75238** | **For Notice Purposes Only** | | **778.32** |
| **Texas Safe & Lock**<br>**1111 Jupiter Road**<br>**Suite 110A**<br>**Plano, TX 75074** | **Texas Safe & Lock**<br>**1111 Jupiter Road**<br>**Suite 110A**<br>**Plano, TX 75074** | **Services** | | **471.43** |
| **ABC Pest Control**<br>**aka ABC Pest Control of DFW Inc.**<br>**997 Grandy's Lane**<br>**Lewisville, TX 75077** | **ABC Pest Control**<br>**aka ABC Pest Control of DFW Inc.**<br>**997 Grandy's Lane**<br>**Lewisville, TX 75077** | **Services** | | **349.92** |
| **Zeig Electric, Inc.**<br>**8224 White Settlement Road**<br>**#210**<br>**Fort Worth, TX 76108** | **Zeig Electric, Inc.**<br>**8224 White Settlement Road**<br>**#210**<br>**Fort Worth, TX 76108** | **Services** | | **234.37** |

B4 (Official Form 4) (12/07) - Cont.

In re  **RCI Redbird, LLC**            Case No. _____
                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Quantum Building Maintenance, Inc.**<br>**4925 Greenville Avenue**<br>**2nd Floor**<br>**Dallas, TX 75206** | **Quantum Building Maintenance, Inc.**<br>**4925 Greenville Avenue**<br>**2nd Floor**<br>**Dallas, TX 75206** | **Services** | | **194.84** |
| **Cooper & Moore Engineering Corp.**<br>**10430 Shady Trail**<br>**Suite 100**<br>**Dallas, TX 75220** | **Cooper & Moore Engineering Corp.**<br>**10430 Shady Trail**<br>**Suite 100**<br>**Dallas, TX 75220** | **Services** | | **119.08** |
| **Entos Design, Inc.**<br>**5400 LBJ Freeway, Suite 125**<br>**Dallas, TX 75240** | **Entos Design, Inc.**<br>**5400 LBJ Freeway, Suite 125**<br>**Dallas, TX 75240** | **Services** | | **47.50** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Pres. of Redhawk Communities, Inc. (Debtor's sole member) of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 5, 2011**          Signature  **/s/ Paul Garrett**
                                                                   **Paul Garrett**
                                                                   **Pres. of Redhawk Communities, Inc. (Debtor's sole member)**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California - Riverside

In re  **RCI Redbird, LLC**  ,  Case No. _____

Debtor

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Redhawk Communities, Inc.** <br> **One Betterworld Circle** <br> **Suite 300** <br> **Temecula, CA 92590** | **Membership Interest** | **100%** | **Membership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Pres. of Redhawk Communities, Inc. (Debtor's sole member) of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 5, 2011**           Signature  **/s/ Paul Garrett**

**Paul Garrett**
**Pres. of Redhawk Communities, Inc. (Debtor's sole memb**

*Penalty for making a false statement or concealing property*:    Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **See Section 3 below.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **N/A**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **RCI Regional Grove, LLC (Case No. 6:11-bk-22055-SC), filed April 12, 2011, pending in the United States Bankruptcy Court for the Central District of California - Riverside Division, before the Honorable Scott Clarkson.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Temecula, California**  , California.    /s/ Paul Garrett
                                                         **Paul Garrett**
Dated        **June 5, 2011**                            *Debtor*


                                                         *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 1015-2.1

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    **Ron Bender 143364**

Address    **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone    **(310) 229-1234**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**RCI Redbird, LLC**<br>**FKA RCI Hospitality 325, LLC** | Case No.: |
| | Chapter:    **11** |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __3__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    **June 5, 2011**

**/s/ Paul Garrett**
**Paul Garrett**/**Pres. of Redhawk Communities, Inc. (Debtor's sole member)**
Signer/Title

Date:    **June 5, 2011**

**/s/ Ron Bender**
Signature of Attorney
**Ron Bender 143364**
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**

RCI Redbird, LLC
One BetterWorld Circle, Suite 300
Temecula, CA 92590


Ron Bender
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee - Riverside
3685 Main Street
Suite 300
Riverside, CA 92501


ABC Pest Control
aka ABC Pest Control of DFW Inc.
997 Grandy's Lane
Lewisville, TX 75077


Brown McCarroll, L.L.P.
Attn: Eleanor Jewart, Esq.
111 Congress Avenue, Suite 1400
Austin, TX 78701


Cardinal Roofing, Inc.
2501 114th Street
Grand Prairie, TX 75050


CB Richard Ellis, Inc.
P.O. Box 406588
Atlanta, GA 30384


City of Dallas
City Hall, 1AN
Dallas, TX 75277

Cooper & Moore Engineering Corp.
10430 Shady Trail
Suite 100
Dallas, TX 75220


Dallas County Tax Assessor-
Collector
500 Elm Street
Dallas, TX 75202


Entos Design, Inc.
5400 LBJ Freeway, Suite 125
Dallas, TX 75240


Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812


German American Capital Corporation
c/o KWP Financial I
9701 Wilshire Blvd., Suite 700
Beverly Hills, CA 90212


Lincoln Commercial Dev., Inc.
2000 McKinney Avenue
#1000
Dallas, TX 75201


NAI Robert Lynn
Commerical Real Estate Services
4851 LBJ freeway, Suite 1000
Dallas, TX 75244


New Generation Mechanical LLC
1133 Empire Central Drive
Dallas, TX 75247

Quantum Building Maintenance, Inc.
4925 Greenville Avenue
2nd Floor
Dallas, TX 75206


Texas Safe & Lock
1111 Jupiter Road
Suite 110A
Plano, TX 75074


TFA Texas Fire Alarm, Inc.
P.O. Box 148
Wills Point, TX 75169


The Gordon Highlander Corp.
10920 Switzer Avenue
Suite 100
Dallas, TX 75238


World Vision, Inc.
2875 Michelle Drive
Suite 100
Irvine, CA 92606


Zeig Electric, Inc.
8224 White Settlement Road
#210
Fort Worth, TX 76108

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Ron Bender**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **143364**<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

   **RCI Redbird, LLC**

Debtor(s),
Plaintiff(s),
Defendant(s).

CASE NO.:
ADV. NO.:
CHAPTER: **11**

# Corporate Ownership Statement Pursuant to
# FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Paul Garrett**, the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☐ I am the attorney for the debtor corporation

2.a. ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   See Addendum

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| **/s/ Paul Garrett** | **June 5, 2011** |
|---|---|
| Signature of Attorney or Declarant | Date |

**Paul Garrett, President of Redhawk Communities, Inc.**
**(Debtor's Sole Member)**
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

**F 1007-4**

Best Case Bankruptcy

| In re | CHAPTER  11 |
|---|---|
| **RCI Redbird, LLC** | |
| Debtor. | CASE NUMBER |

# Addendum to Corporate Ownership Statement Pursuant to
# F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Redhawk Communities, Inc.
One Betterworld Circle
Suite 300
Temecula, CA 92590

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009  **F 1007-4**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

## RESOLUTION AUTHORIZING CHAPTER 11 BANKRUPTCY FILING BY RCI REDBIRD, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

A special meeting of RCI Redbird, LLC, a California limited liability company (the "Company") was held on June 5, 2011, at which the following resolutions were duly enacted, and the same remain in full force and effect, without modification, unless and until a further resolution to the contrary is adopted:

> RESOLVED, that a Petition under the provisions of Chapter 11 of Title 11 of the United States Code shall be filed by the Company on June 6, 2011 or the first possible date thereafter as determined by the Designated Officer upon the advice of counsel;

> FURTHER RESOLVED, that the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") shall be retained as bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company in its Chapter 11 bankruptcy case. The Designated Officer is hereby authorized and directed to execute an application for the Company to employ LNBYB as bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that Paul Garrett ("Garrett") shall serve as the Designated Officer for the Company during the pendency of its Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that as the Designated Officer, Garrett is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers

on behalf of the Company in order to enable the Company to commence its Chapter 11 bankruptcy case;

FURTHER RESOLVED, that as the Designated Officer, Garrett is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case that Garrett deems appropriate for the Company.

Dated: June 5, 2011

RCI Redbird, LLC,
a California limited liability company

    By: Its sole member, Redhawk Communities, Inc.,
    a California corporation

    By: _____
         Paul Garrett, President of
         Redhawk Communities, Inc.,
         a California corporation

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Ron Bender**<br>**Krikor J. Meshefejian**<br>**Levene, Neale, Bender, Yoo & Brill L.L.P.**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br><br>☒ Proposed Attorney for Chapter 11 debtor and debtor in possession | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE** | |
| In re:<br><br>**RCI Redbird, LLC**<br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, List of Creditors Holding 20 Largest Unsecured Claims, Corporate Ownership Statement, List of Equity Security Holders, Statement of Related Cases, Verification of Creditor Mailing List         Date Filed:   **6/6/2011**

☐ Amendments to the petition, statement of affairs, schedules or lists         Date Filed: _____

☐ Other: _____         Date Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          6/6/11
*Signature of Authorized Signatory of Filing Party*          Date

**Paul Garrett, President of Redhawk**
*Printed Name of Authorized Signatory of Filing Party*

**Communities, Inc. (Sole member of Debtor)**
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

/s/ Ron Bender          June 5, 2011
*Signature of Attorney for Filing Party*          Date

**Ron Bender, Esq.**
*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy