UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>    RCI Redbird, LLC<br><br>                                    Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:                6:11-bk-28479-SC<br>Operating Report Number:                        10<br>For the Month Ending:            March 31, 2012 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS              729,935.01

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS              487,133.54

3.  BEGINNING BALANCE:              242,801.47

4.  RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | 54,972.20 |
| Accounts Receivable - Pre-filing | | 0.00 |
| General Sales | | 0.00 |
| Other (Specify) | Prepaid Rent | 17,781.98 |
| **Other (Specify) | Reimb from Related Party | 0.00 |

TOTAL RECEIPTS THIS PERIOD:              72,754.18

5.  BALANCE:              315,555.65

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 28,017.33 |

TOTAL DISBURSEMENTS THIS PERIOD:***              28,017.33

7.  ENDING BALANCE:              287,538.32

8.  General Account Number(s):              ███659

Depository Name & Location:              Wells Fargo Bank N.A.
                                        28751 Rancho California Road
                                        Temecula, CA  92590

---

*    All receipts must be deposited into the general account.

**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
        to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD:

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| 3/31/2012 | | | Please see attached March 31, 2012 | | | 0.00 |
| | | | Check Register | | 28,017.33 | 28,017.33 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 28,017.33 | $28,017.33 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION
*Please see attached Bank Reconciliation*

Bank statement Date: _____    Balance on Statement: _____ $0.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| SEE ATTACHED BANK RECONCILIATION | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    _____ 0.00
Explanation of Adjustments-

[                                                    ]

ADJUSTED BANK BALANCE:    | $0.00 |

\* It is acceptable to replace this form with a similar form

\*\* Please attach a detailed explanation of any bank statement adjustment



**RCI REDBIRD LLC**
**BANK RECONCILIATION**
**WELLS FARGO BANK #         659**

| | | | | |
|---|---|---|---|---|
| BANK BALANCE @ | 3/31/2012 | | $ | 289,513.13 |

| | | |
|---|---|---|
| Add: Deposits in Transit | | - |
| Less: Outstanding Checks | | (1,974.81) |

Reconciling Items:

| | | | | |
|---|---|---|---|---|
| BANK BALANCE AFTER ADJUSTMENTS @ | 3/31/2012 | | $ | 287,538.32 |
| GENERAL LEDGER BALANCE @ | 3/31/2012 | | $ | 287,538.32 |
| | | | | - |

| Total Deposits in Transit | - |
|---|---|
| Date | Amount |
| | - |
| | - |

| Total Outstanding Checks | | 1,974.81 |
|---|---|---|
| Ck Num | Date | Amount |
| 162 | 3/21/2012 | 173.2 |
| 164 | 3/26/2012 | 40.68 |
| 165 | 3/26/2012 | 126.82 |

Apr check posted to Mar in error:

| | | |
|---|---|---|
| 166 | 4/2/2012 | 2,115.10 |
| claim | 9/12/2011 | (480.99) |

# Wells Fargo Simple Business Checking



Account number: ███659  ▪ March 1, 2012 - March 31, 2012  ▪ Page 1 of 4

RCI REDBIRD, LLC
DEBTOR IN POSSESSION
CH 11 CASE 11-28479 CCA
1 BETTER WORLD CIR STE 300
TEMECULA CA 92590-3743

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

As our way of saying thank you to our business customers, Wells Fargo is extending money-saving offers on many of our business accounts and services between April 16 and June 30, 2012. For details on these limited-time offers, stop by any Wells Fargo location, visit us online at wellsfargo.com/appreciation, or call us at 877-436-4170.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $246,021.80 |
| Deposits/Credits | 72,754.18 |
| Withdrawals/Debits | - 29,262.85 |
| **Ending balance on 3/31** | **$289,513.13** |
| Average ledger balance this period | $286,404.39 |

Account number: ███659

RCI REDBIRD, LLC
DEBTOR IN POSSESSION
CH 11 CASE 11-28479 CCA

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

Account number: ███559  ▣ March 1, 2012 - March 31, 2012 ▪ Page 2 of 4



**WELLS FARGO**

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/1 | | Deposit | 15,776.00 | | |
| 3/1 | 139 | Check | | 40.68 | 261,757.12 |
| 3/2 | | Deposit | 3,256.91 | | |
| 3/2 | 147 | Check | | 3,517.96 | 261,496.07 |
| 3/5 | | Deposit | 31,010.21 | | 292,506.28 |
| 3/9 | 151 | Check | | 3,141.16 | |
| 3/9 | 134 | Check | | 142.68 | 289,222.44 |
| 3/12 | | Deposit | 2,807.75 | | |
| 3/12 | 150 | Check | | 747.17 | |
| 3/12 | 148 | Check | | 360.71 | |
| 3/12 | 152 | Check | | 95.04 | 290,827.27 |
| 3/13 | 154 | Check | | 74.42 | 290,752.85 |
| 3/14 | 149 | Check | | 703.33 | 290,049.52 |
| 3/16 | 157 | Check | | 285.36 | |
| 3/16 | 153 | Check | | 119.08 | 289,645.08 |
| 3/21 | | Deposit | 2,002.25 | | 291,647.33 |
| 3/22 | 159 | Check | | 2,031.27 | 289,616.06 |
| 3/23 | | Harbis Walker AP Vendor 120323 10011513 123 3/14/12 | 119.08 | | 289,735.14 |
| 3/27 | 160 | Check | | 1,142.21 | |
| 3/27 | 161 | Check | | 105.00 | 288,487.93 |
| 3/30 | | Deposit | 12,854.44 | | |
| 3/30 | | Harbis Walker AP Vendor 120330 10011513 April 2012 | 4,927.54 | | |
| 3/30 | 163 | Check | | 14,527.37 | |
| 3/30 | 155 | Check | | 2,229.41 | 289,513.13 |
| Ending balance on 3/31 | | | | | 289,513.13 |
| Totals | | | $72,754.18 | $29,262.85 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

## Summary of checks written    *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 134 | 3/9 | 142.68 | 151 | 3/9 | 3,141.16 | 157 * | 3/16 | 285.36 |
| 139 * | 3/1 | 40.68 | 152 | 3/12 | 95.04 | 159 * | 3/22 | 2,031.27 |
| 147 * | 3/2 | 3,517.96 | 153 | 3/16 | 119.08 | 160 | 3/27 | 1,142.21 |
| 148 | 3/12 | 360.71 | 154 | 3/13 | 74.42 | 161 | 3/27 | 105.00 |
| 149 | 3/14 | 703.33 | 155 | 3/30 | 2,229.41 | 163 * | 3/30 | 14,527.37 |
| 150 | 3/12 | 747.17 | | | | | | |

* Gap in check sequence.

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Paid and Deposited Items | 27 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

| Database: | GARRETTGRP | | | Check Register - Summary | | Page: | 11 |
|---|---|---|---|---|---|---|---|
| PROJ: | 10830 | | | Garrett Group | | Date: | 4/3/2012 |
| | | | | Redbird I & II | | Time: | 01:13 PM |

03/12 Through 03/12

| Check # | Date | Vendor/ Alternate Address ID | Vendor Name | | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|
| 148 | 3/5/2012 | TXU01 | TXU ENERGY | | 360.71 | 0.00 | 360.71 |
| 149 | 3/5/2012 | CITDA | CITY OF DALLAS-WATER | | 703.33 | 0.00 | 703.33 |
| 150 | 3/5/2012 | TXU01 | TXU ENERGY | | 747.17 | 0.00 | 747.17 |
| 151 | 3/8/2012 | 1GRES | Wright Management Service | | 3,141.16 | 0.00 | 3,141.16 |
| 152 | 3/8/2012 | ABCPES | ABC Pest and Lawn Services | | 95.04 | 0.00 | 95.04 |
| 153 | 3/8/2012 | COOMO | COOPER & MOORE ENGINEERING COR | | 119.08 | 0.00 | 119.08 |
| 154 | 3/8/2012 | PRELA | PRECISION LANDSCAPE MGMT LP | | 74.42 | 0.00 | 74.42 |
| 155 | 3/8/2012 | PROMSP | Project Management Specialties, Inc | | 2,229.41 | 0.00 | 2,229.41 |
| 156 | 3/8/2012 | TFATE | TFA TEXAS FIRE ALARM, INC. | *Unused Check* | 0.00 | 0.00 | 0.00 |
| 157 | 3/8/2012 | TFATE | TFA TEXAS FIRE ALARM, INC. | | 285.36 | 0.00 | 285.36 |
| 158 | 3/21/2012 | 1GRES | Wright Management Service | *Unused Check* | 0.00 | 0.00 | 0.00 |
| 159 | 3/21/2012 | 1GRES | Wright Management Service | | 2,031.27 | 0.00 | 2,031.27 |
| 160 | 3/21/2012 | PRELA | PRECISION LANDSCAPE MGMT LP | | 1,142.21 | 0.00 | 1,142.21 |
| 161 | 3/21/2012 | TEXSA | TEXAS SAFE & LOCK | | 105.00 | 0.00 | 105.00 |
| 162 | 3/21/2012 | TFATE | TFA TEXAS FIRE ALARM, INC. | | 173.20 | 0.00 | 173.20 |
| 163 | 3/22/2012 | 1KEYBNK | KEYBANK REAL ESTATE CAPITAL | | 14,527.37 | 0.00 | 14,527.37 |
| 164 | 3/26/2012 | ATMOS | ATMOS ENERGY | | 40.68 | 0.00 | 40.68 |
| 165 | 3/26/2012 | CITDA | CITY OF DALLAS-WATER | | 126.82 | 0.00 | 126.82 |
| 166 | 4/2/2012 | CITDA | CITY OF DALLAS-WATER | | 2,115.10 | 0.00 | 2,115.10 |
| | | | | *Redbird I & II Total:* | 28,017.33 | 0.00 | 28,017.33 |

Database: GARRETTGRP
PROJ: 10

Accrual

**General Ledger**
Garrett Group
Redbird I & II

03/12 - 03/12
Report includes an open period.  Entries are not final.

Page: 9
Date: 4/3?^~12
Time: 01:  ⅥΙ

11100-4000 - Operating -Debtor In Poss  (Continued)

| Account Entity | Period | Entry Date | Site Id | Job Code | Src Reference | Dept | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 108302 | 03/12 | 03/05/12 | @ | | CM 029828 | | Cash Recpt CAM  Common Area Maintenance | 238.88 | | 264,470.96 |
| 108302 | 03/12 | 03/05/12 | @ | | CM 029828 | | Cash Recpt CAT  Common Area Taxes | 356.30 | | 264,827.26 |
| 108302 | 03/12 | 03/12/12 | @ | | CM 029876 | | Cash Recpt BRI  Base Rent - Industrial | 1,948.19 | | 266,775.45 |
| 108302 | 03/12 | 03/12/12 | @ | | CM 029876 | | Cash Recpt CAI  Common Area Insurance | 72.36 | | 266,847.81 |
| 108302 | 03/12 | 03/12/12 | @ | | CM 029876 | | Cash Recpt CAM  Common Area Maintenance | 315.99 | | 267,163.80 |
| 108302 | 03/12 | 03/12/12 | @ | | CM 029876 | | Cash Recpt CAT  Common Area Taxes | 471.21 | | 267,635.01 |
| 108302 | 03/12 | 03/20/12 | @ | | CM 029946 | | Cash Recpt BRI  Base Rent - Industrial | 1,125.00 | | 268,760.01 |
| 108302 | 03/12 | 03/20/12 | @ | | CM 029946 | | Cash Recpt CAI  Common Area Insurance | 73.84 | | 268,833.85 |
| 108302 | 03/12 | 03/20/12 | @ | | CM 029946 | | Cash Recpt CAM  Common Area Maintenance | 322.45 | | 269,156.30 |
| 108302 | 03/12 | 03/20/12 | @ | | CM 029946 | | Cash Recpt CAT  Common Area Taxes | 480.96 | | 269,637.26 |
| 108302 | 03/12 | 03/23/12 | @ | | CM 029995 | | Cash Recpt TSR  Tenant Service Request | 119.08 | | 269,756.34 |
| 108301 | 03/12 | 03/30/12 | @ | | CM 029999 | | Cash Recpt PPR  Prepaid Rent | 12,854.44 | | 282,610.78 |
| 108302 | 03/12 | 03/30/12 | @ | | CM 030008 | | Cash Recpt PPR  Prepaid Rent | 4,927.54 | | 287,538.32 |

** Account Totals

94,140.32   49,403.47   **287,538.32**

11100-4010    Tax - Debtor In Poss    *Balance Forward*    *1,991.58*

** Grand Totals

94,140.32   49,403.47

* Balance Forward Period

Database: GARRETTGRP
PROJ: 10

Accrual

**General Ledger**
Garrett Group
Redbird I & II

03/12 - 03/12
Report includes an open period. Entries are not final.

Page: 8
Date: 4/3/^12
Time: 01: ✓

| Account Entity | Period | Entry Date | Src | Reference | Site Id | Job Code | Dept Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **11100-0000** | | **Cash: Operating** | | | | | *Balance Forward* | | | *0.00* |
| **11100-2000** | | **Cash Operating - PWB** | | | | | *Balance Forward* | | | *0.00* |
| **11100-4000** | | **Operating -Debtor In Poss** | | | | | *Balance Forward* | | | *242,801.47* |
| 108301 | 03/12 | 03/05/12 | AP | 050898 | @ | | A/P Cash Disbursed for checks 149-150 | | 1,285.26 | 241,516.21 |
| 108302 | 03/12 | 03/05/12 | AP | 050900 | @ | | A/P Cash Disbursed for checks 148-150 | | 525.95 | 240,990.26 |
| 108301 | 03/12 | 03/08/12 | AP | 051066 | @ | | A/P Cash Disbursed for checks 151-157 | | 1,740.96 | 239,249.30 |
| 108302 | 03/12 | 03/08/12 | AP | 051068 | @ | | A/P Cash Disbursed for checks 151-157 | | 4,203.51 | 235,045.79 |
| 108301 | 03/12 | 03/21/12 | AP | 051505 | @ | | A/P Cash Disbursed for checks 159-162 | | 2,029.45 | 233,016.34 |
| 108302 | 03/12 | 03/21/12 | AP | 051507 | @ | | A/P Cash Disbursed for checks 159-161 | | 1,422.23 | 231,594.11 |
| 108301 | 03/12 | 03/22/12 | AP | 051539 | @ | | A/P Cash Disbursed for checks 163-163 | | 7,408.96 | 224,185.15 |
| 108302 | 03/12 | 03/22/12 | AP | 051541 | @ | | A/P Cash Disbursed for checks 163-163 | | 7,118.41 | 217,066.74 |
| 108301 | 03/12 | 03/26/12 | AP | 051614 | @ | | A/P Cash Disbursed for checks 164-164 | | 40.68 | 217,026.06 |
| 108302 | 03/12 | 03/26/12 | AP | 051616 | @ | | A/P Cash Disbursed for checks 165-165 | | 126.82 | 216,899.24 |
| 108302 | 03/12 | 04/02/12 | AP | 051840 | @ | | A/P Cash Disbursed for checks 166-166 | | 2,115.10 | 214,784.14 |
| 108301 | 03/12 | 03/01/12 | CM | 029778 | @ | | Cash Recpt BRI  Base Rent - Industrial | 9,750.32 | | 224,534.46 |
| 108301 | 03/12 | 03/01/12 | CM | 029778 | @ | | Cash Recpt CAI  Common Area Insurance | 286.07 | | 224,820.53 |
| 108301 | 03/12 | 03/01/12 | CM | 029778 | @ | | Cash Recpt CAM  Common Area Maintenance | 1,084.06 | | 225,904.59 |
| 108301 | 03/12 | 03/01/12 | CM | 029778 | @ | | Cash Recpt CAT  Common Area Taxes | 1,733.99 | | 227,638.58 |
| 108301 | 03/12 | 03/01/12 | CM | 029778 | @ | | Paymt Rev PPR  Prepaid Rent | | 12,854.44 | 214,784.14 |
| 108302 | 03/12 | 03/01/12 | CM | 029779 | @ | | Cash Recpt BRI  Base Rent - Industrial | 6,067.16 | | 220,851.30 |
| 108302 | 03/12 | 03/01/12 | CM | 029779 | @ | | Cash Recpt CAI  Common Area Insurance | 207.45 | | 221,058.75 |
| 108302 | 03/12 | 03/01/12 | CM | 029779 | @ | | Cash Recpt CAM  Common Area Maintenance | 905.90 | | 221,964.65 |
| 108302 | 03/12 | 03/01/12 | CM | 029779 | @ | | Cash Recpt CAT  Common Area Taxes | 1,351.19 | | 223,315.84 |
| 108302 | 03/12 | 03/01/12 | CM | 029779 | @ | | Paymt Rev PPR  Prepaid Rent | | 8,531.70 | 214,784.14 |
| 108302 | 03/12 | 03/01/12 | CM | 029787 | @ | | Cash Recpt BRI  Base Rent - Industrial | 11,037.75 | | 225,821.89 |
| 108302 | 03/12 | 03/01/12 | CM | 029787 | @ | | Cash Recpt CAI  Common Area Insurance | 360.82 | | 226,182.71 |
| 108302 | 03/12 | 03/01/12 | CM | 029787 | @ | | Cash Recpt CAM  Common Area Maintenance | 2,027.31 | | 228,210.02 |
| 108302 | 03/12 | 03/01/12 | CM | 029787 | @ | | Cash Recpt CAT  Common Area Taxes | 2,350.12 | | 230,560.14 |
| 108302 | 03/12 | 03/02/12 | CM | 029807 | @ | | Cash Recpt BRI  Base Rent - Industrial | 2,320.97 | | 232,881.11 |
| 108302 | 03/12 | 03/02/12 | CM | 029807 | @ | | Cash Recpt CAI  Common Area Insurance | 78.78 | | 232,959.89 |
| 108302 | 03/12 | 03/02/12 | CM | 029807 | @ | | Cash Recpt CAM  Common Area Maintenance | 344.03 | | 233,303.92 |
| 108302 | 03/12 | 03/02/12 | CM | 029807 | @ | | Cash Recpt CAT  Common Area Taxes | 513.13 | | 233,817.05 |
| 108301 | 03/12 | 03/05/12 | CM | 029827 | @ | | Cash Recpt BRI  Base Rent - Industrial | 16,143.79 | | 249,960.84 |
| 108301 | 03/12 | 03/05/12 | CM | 029827 | @ | | Cash Recpt CAI  Common Area Insurance | 619.51 | | 250,580.35 |
| 108301 | 03/12 | 03/05/12 | CM | 029827 | @ | | Cash Recpt CAM  Common Area Maintenance | 2,347.62 | | 252,927.97 |
| 108301 | 03/12 | 03/05/12 | CM | 029827 | @ | | Cash Recpt CAT  Common Area Taxes | 3,755.11 | | 256,683.08 |
| 108302 | 03/12 | 03/05/12 | CM | 029828 | @ | | Cash Recpt BRI  Base Rent - Industrial | 7,494.30 | | 264,177.38 |
| 108302 | 03/12 | 03/05/12 | CM | 029828 | @ | | Cash Recpt CAI  Common Area Insurance | 54.70 | | 264,232.08 |

* Balance Forward Period

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS                                    _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS                                                                             _____

3.  BEGINNING BALANCE:                                                        | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)                                                      _____

5.  BALANCE:                                                                  | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                       | 0.00 |

7.  ENDING BALANCE:                                                           | 0.00 |

8.  PAYROLL Account Number(s):                          _____

    Depository Name & Location:                        _____
                                                       _____
                                                       _____
                                                       _____

Page 4 of 16

# TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

PAYROLL ACCOUNT

## BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT                                      | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                      | 0.00 |

Bank statement Adjustments:                                    _____

Explanation of Adjustments-

| |
|---|
| |

ADJUSTED BANK BALANCE:                                          | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS             186,600.00

2.  LESS: TOTAL DISBURSEMENTS PER ALL PRIOR TAX                  184,608.42
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                             1,991.58

4.  RECEIPTS DURING CURRENT PERIOD:                                    0.00
    (Transferred from General Account)

5.  BALANCE:                                                      1,991.58

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                               0.00

7.  ENDING BALANCE:                                               1,991.58

8.  TAX Account Number(s):                        ████626

    Depository Name & Location:        Wells Fargo Bank,N.A..
                                       28751 Rancho California Road
                                       Temecula, CA  92590

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TAX ACCOUN

### BANK RECONCILIATION

*Please see attached Bank Reconciliation*

Bank statement Date: _____    Balance on Statement: _____ $0.00

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |
| | _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT                                        0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| SEE ATTACHE BANK RECONCILIATION | | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                        0.00

Bank statement Adjustments:                              _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                        $0.00

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

**RCI REDBIRD LLC**
**BANK RECONCILIATION**
**WELLS FARGO BANK #         626**

| | | | | |
|---|---|---|---|---|
| BANK BALANCE @ | 3/31/2012 | | $ | 1,991.58 |

|  |  |  |
|---|---|---|
| Add: | Deposits in Transit | - |
| Less: | Outstanding Checks | - |

Reconciling Items:
    Bank Charges

| | | | | |
|---|---|---|---|---|
| BANK BALANCE AFTER ADJ @ | 3/31/2012 | | $ | 1,991.58 |
| GENERAL LEDGER BALANCE @ | 3/31/2012 | | $ | 1,991.58 |

| Total Deposits in Transit | - |
|---|---|
| Date | Amount |

| Total Outstanding Checks | | | - |
|---|---|---|---|
| Ck Num | Date | | Amount |

# Wells Fargo Simple Business Checking



Account number: ▇▇▇626  ■  March 1, 2012 - March 31, 2012  ■  Page 1 of 3

RCI REDBIRD, LLC
DEPTOR IN POSSESSION
CH 11 CASE 11-28479 CCA
1 BETTER WORLD CIR STE 300
TEMECULA CA 92590-3743

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

As our way of saying thank you to our business customers, Wells Fargo is extending money-saving offers on many of our business accounts and services between April 16 and June 30, 2012. For details on these limited-time offers, stop by any Wells Fargo location, visit us online at wellsfargo.com/appreciation, or call us at 877-436-4170.

### Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $1,991.58 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 3/31** | **$1,991.58** |
| Average ledger balance this period | $1,991.58 |

Account number: ▇▇▇626

RCI REDBIRD, LLC
DEPTOR IN POSSESSION
CH 11 CASE 11-28479 CCA

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

Account number: ███████626   ▪ March 1, 2012 - March 31, 2012   ▪ Page 2 of 3



 IMPORTANT ACCOUNT INFORMATION

Effective May 10, 2012, your account may be charged an ATM surcharge fee when you make a withdrawal with your Wells Fargo Business Debit or ATM Card at non-Wells Fargo ATMs that display the Instant Cash network logo. This fee is determined by the ATM owner or operator. As a reminder, Wells Fargo may assess a $2.50 per transaction fee when you make a transaction with your card at non-Wells Fargo ATMs that display the Instant Cash network logo.

For fee waiver details, refer to your Wells Fargo Business Account Fee & Information Schedule, or other applicable account disclosure.

If you have any questions, please contact your local banker or call the phone number at the top of your statement. Thank you.

F. D SUMMARY SCHEDULE OF CASH

### ENDING BALANCES FOR THE PERIOD:
(Provide a copy of monthly account statements for each of the below)

|  |  |
|---|---|
| General Account: | 287,538.32 |
| Payroll Account: |  |
| Tax Account: | 1,991.58 |

*Other Accounts:
_____    _____
_____    _____
_____    _____

*Other Monies:
_____
**Petty Cash (from below): | 0.00

**TOTAL CASH AVAILABLE:** | 289,529.90

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**TOTAL PETTY CASH TRANSACTIONS:** | 0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| German American Capital Corp | Monthly | 24,737.33 | 0 | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: _____ | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | *Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 10,527.60 | 0.00 | 0.00 |
| 31 - 60 days | 0.00 |  | 0.00 |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 10,527.60 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Travelers | 1MM 2MM | 6/30/2012 | 3/31/2012 |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Jul-2011 | 0.00 | 325.00 | 08/05/11 | 650.00 | (325.00) |
| 30-Sep-2011 | 108,678.92 | 975.00 | 10-Oct-2011 | 975.00 | 0.00 |
| 31-Dec-2011 | 127,770.83 | 975.00 | 5-Jan-2012 | 975.00 | 0.00 |
| 31-Mar-2012 | 276,696.75 | 1,950.00 |  |  | 1,950.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  | 4,225.00 |  |  | 2,600.00 | 1,625.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 78,648.14 | 703,848.22 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 78,648.14 | 703,848.22 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| | | |
| **Gross Profit** | 78,648.14 | 703,848.22 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | 17,021.91 | 186,065.64 |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | 642.79 | 13,029.15 |
| Real Property Taxes | 15,622.49 | 155,576.51 |
| Telephone and Utilities | 3,460.42 | 39,902.10 |
| Repairs and Maintenance | 4,728.59 | 32,732.42 |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | 3,189.25 | 34,836.84 |
| Total Operating Expenses | 44,665.45 | 462,142.66 |
| | | |
| Net Gain/(Loss) from Operations | 33,982.69 | 241,705.56 |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | 0.00 | 51.15 |
| Total Non-Operating income | 0.00 | 51.15 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | 14,527.37 | 152,782.76 |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | 3,305.67 | 28,305.70 |
| Total Non-Operating Expenses | 17,833.04 | 181,088.46 |
| | | |
| **NET INCOME/(LOSS)** | 16,149.65 | 60,668.25 |

(Attach exhibit listing all itemizations required above)

**Miscellaneous Operating Expenses**

**RCI Redbird, LLC**

|                          | March 2012 |
| ------------------------ | ---------- |
| Management Fees          | 3,054.33   |
| Administrative Expenses  | 134.92     |
|                          | -          |
|                          | 3,189.25   |

**Miscellaneous Non-Operating Expenses**

**RCI Redbird, LLC**

**January 2012**

| | |
|---|---|
| Vacant Suite Electric | 125.67 |
| Vacant key boxes | 105.00 |
| Accounting Fees - 02/12 | 1,125.00 |
| U.S. Trustee Fees | 1,950.00 |
| | **3,305.67** |

ASSETS                                        Current Month End
  Current Assets:
  Unrestricted Cash                          289,529.90
  Restricted Cash                                  0.00
  Accounts Receivable                          2,289.80
  Inventory
  Notes Receivable
  Prepaid Expenses                             1,836.94
  Other (Itemize) -- Allowance for Bad Debt        0.00
         Total Current Assets                             293,656.64

Property, Plant, and Equipment                 8,963,692.75
Accumulated Depreciation/Depletion             (991,164.61)
    Net Property, Plant, and Equipment                     7,972,528.14

Other Assets (Net of Amortization):
  Due from Insiders
  Other (Itemize)                              107,129.88
      Total Other Assets                                     107,129.88

TOTAL ASSETS                                                   8,373,314.66

LIABILITIES
Post-petition Liabilities:
  Accounts Payable                             9,751.52
  Taxes Payable                               45,742.44
  Notes Payable                                    0.00
  Professional fees                                0.00
  Secured Debt                                     0.00
  Other (Itemize)                             17,781.98
     Total Post-petition Liabilities                         73,275.94

Pre-petition Liabilities:
  Secured Liabilities                        5,667,681.72
  Priority Liabilities                         8,529.00
  Unsecured Liabilities                       13,160.97
  Other (Itemize)                             22,162.22
     Total Pre-petition Liabilities                       5,711,533.91

TOTAL LIABILITIES                                              5,784,809.85

EQUITY:
  Pre-petition Owners' Equity                2,527,836.56
  Post-petition Profit/(Loss)                 60,668.25
  Direct Charges to Equity
TOTAL EQUITY                                                   2,588,504.81

TOTAL LIABILITIES & EQUITY                                     8,373,314.66

**Other Assets (Net of Amortization -- Other**

**RCI Redbird, LLC**

**March 2012**

| | |
|---|---|
| Leasing Commissions | 62,385.43 |
| Accumulated Lease Comm - Amort | (47,590.47) |
| CIP - TI | 83,145.57 |
| Loan Fees | 69,270.04 |
| Accumulated Loan Fees Amortization | (65,706.51) |
| Utility Deposits | 5,625.82 |

**107,129.88**

**Liabilities - Other**

RCI Redbird, LLC

**March 2012**

**Security Deposits**

   **Pre-Petition**                    22,162.22

**Deferred Revenue (Prepaid Rent)**

   **Post Petition**                    17,781.98

**Total Ending Balance**                    39,944.20

XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | x | |

_____

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | x | |

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization
   The Debtor and GACC have approved a Discounted Payoff Agreement which will resolve their disputes
_____

4. Describe potential future developments which may have a significant impact on the case:
   See note 3
_____

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | x | |

_____

I,  William Whinna, Chief Financial Officer,
   declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____4-12-12_____                    _____
Date                              Page 16 of 16        Principal for debtor-in-possession